McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8984
    Facsimile: 415-744-0134
    Email: inseon.jeong@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PENNY WELSH,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02317-CKD<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file his response to Plaintiff's summary judgment motion with the Court by 21 days to **May 22, 2020**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and he requests it in good faith and without any intent to prolong proceedings unduly.

In light of the global COVID-19 crisis, SSA is switching to new work processes, and is focusing on providing the most critical services by mail, phone and online to those most in need. SSA is also taking additional steps to protect its employees and help stop the spread of COVID-19, maximizing social distancing, including significantly limiting employee access to SSA facilities for health and safety only and moving rapidly toward a virtual work environment. Although the agency is working diligently to provide ongoing services, including legal services, there are practical implications for our litigation workloads.

Counsel for Defendant, as well as all the support staff in that office, works in the State of California, where the governor has ordered all residents to stay home, effective March 19, 2020, until further notice. This order has led to reduced onsite staffing in Offices of the United States Attorney. Defendant's counsel coordinates closely with the United States Attorney's Office and relies on that office for certain types of administrative support. Moreover, the Governor's order and the decision of the Commissioner to implement full-time telework throughout the country has led to unanticipated strains on internet connectivity for SSA employees.

The closure of schools and state-wide movement restrictions have also impacted the work schedules of members of the plaintiffs' bar, and caused many plaintiffs' attorneys to receive extensions to original briefing schedules. As the moving parties in Social Security litigation, plaintiffs' extensions necessarily affect the briefing deadlines for Defendant's counsel. Defendant's counsel now has an unexpectedly large number of briefs to respond to within the next fourteen days.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>May 1, 2020</u>					OLINSKY LAW GROUP

					By:	<u>/s/ In Seon Jeong for Stuart Barasch*</u>
						STUART BARASCH
						*Authorized by email on May 1, 2020*
						Attorneys for Plaintiff


Date: <u>May 1, 2020</u>					McGREGOR W. SCOTT
						United States Attorney
						DEBORAH LEE STACHEL
						Regional Chief Counsel, Region IX

					By:	<u>/s/ In Seon Jeong</u>
						IN SEON JEONG
						Special Assistant United States Attorney
						Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  May 4, 2020

						_____
						CAROLYN K. DELANEY
						UNITED STATES MAGISTRATE JUDGE